UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID BRYCE WARDEN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS
ET AL,

Defendants.

Civil No. 00-713 (JRT/ESS)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge E. S. Swearingen dated May 24, 2000, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED that**:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, [Docket No. 2], be **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: June 15, 2000.

JOHN R. TUNHEIM
United States District Judge

FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 15 2000
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.